*E-Filed 6/25/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE L. FULLER,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW JOHN HAYNAL,<br><br>    Defendant.<br>_____ / | No. C 13-0172 RS (PR)<br><br>**ORDER REOPENING ACTION;**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT** |

Plaintiff's motions to reopen the action and for leave to file an amended complaint (Docket Nos. 10 and 11) are GRANTED. The action is REOPENED, and the Clerk is directed to amend the docket accordingly. The judgment (Docket No. 8) and the order of dismissal (Docket No. 7) are VACATED. **Plaintiff shall file an amended complaint on or before August 15, 2013.** Failure to file an amended complaint by this date will result in the dismissal of this action with prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). The Clerk shall terminate Docket Nos. 10 and 11.

**IT IS SO ORDERED**.

DATED: June 25, 2013

_____
RICHARD SEEBORG
United States District Judge

No. C 13-0172 RS (PR)
ORDER REOPENING ACTION